CHARLES B. DE KLYN, Appellant, *v.* SILVER LAKE ICE COMPANY, Respondent.

(Argued May 7, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 5, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Circuit.

*H. Morrison* for appellant.

*Wallace Macfarlane* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed. _____

ALBERT KELLEY et al., Appellants, *v.* DANIEL J. SPRAGUE et al., Respondents.

(Agued May 7, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1890, which affirmed a judgment in favor of defendants, entered upon the report of a referee.

*J. Noble Hayes* for appellants.

*Nathaniel Meyers* for respondents.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.